IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-99 |
| vs. | ) | |
| **CURTIS CAMPBELL,** | ) | The Honorable Gary L. Lancaster |
| Defendant. | ) | |

## ORDER OF COURT

**AND NOW**, this **22** day of July, 2008, upon consideration of Defendant's foregoing Motion for Miscellaneous Relief, it is hereby **ORDERED** that the Warden of the Northeast Ohio Correctional Center (CCA) permit Attorney, Ralph D. Karsh, access to his client, Curtis Campbell, with a laptop computer and/or tape recorder to review alleged client conversations.

_____
The Honorable Gary L. Lancaster
United States District Judge