IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal No. 08-99 |
| | ) | |
| CURTIS CAMPBELL, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 16th day of April, 2009, upon consideration of defendant's Motion to Order Pre-Sentence Report Prior to Plea [document #42], IT IS HEREBY ORDERED that the motion is GRANTED and that by June 1, 2009, the United States Probation Office is directed to prepare and forward to respective counsel, a copy of a pre-sentence report, limited to a determination of the appropriate criminal history category for the above-named defendant in the instant case. Counsel shall advise the Court by June 11, 2009 whether a change of plea hearing should be scheduled.

IT IS FURTHER ORDERED that hearing on defendant's pretrial motions, scheduled for April 16, 2009, is continued until Friday, June 19, 2009 at 11 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the period of time from the date of this order until June 19, 2009 shall be deemed excludable delay under the Speedy Trial Act as the Court concludes that the ends of justice served by granting the extension of time outweigh the interests of the public and defendant in a speedy trial.

BY THE COURT:

s/Gary L. Lancaster ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Michael L. Ivory,
Assistant United States Attorney

Ralph D. Karsh, Esquire
564 Forbes Avenue
Suite 1006
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation