```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     )
                              )
          v.                  ) Criminal No. 08-99
                              )
CURTIS CAMPBELL,              )
     Defendant.               )
```

## ORDER

AND NOW, this 4th day of February, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 12, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, February 11, 2010 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the Pretrial Conference, scheduled for February 5, 2010 and Jury Trial, scheduled for February 8, 2010, are hereby cancelled.

                              BY THE COURT:

                              s/Gary L. Lancaster          ,J.
                              The Honorable Gary L. Lancaster,
                              Chief United States District Judge

cc:   Michael L. Ivory,
      Assistant United States Attorney

      Linda E.J. Cohn,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation